[No. 11422-8-III. Division Three. December 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE
L. PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 90-1-00120-5, Jerry M. Moberg, J., entered January 18, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.


[No. 11648-4-III. Division Three. December 22, 1992.]

BARNIE LANCASTER, *Plaintiff*, MARJORIE LANCASTER, *as
Personal Representative, Appellant*, v. POLSON
FARMS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Douglas County, No. 90-2-00185-4, John E. Bridges, J., entered May 28, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.


[No. 13765-8-II. Division Two. December 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY W.
BOGUSCH, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 89-1-00173-9, Grant S. Meiner, J., entered March 30, 1990. *Reversed* by unpublished per curiam opinion.